JS-6

**CARTEE, LC**
Anthony B. Cartee (SBN 248721)
333 City Boulevard West, 17th Floor
Orange, CA  92868
Telephone: (714) 938-3887
Facsimile: (714) 938-3255
Email: acartee@ac-legal.com

Attorney for Plaintiff
NZG Specialties, Inc. d/b/a Gourmet Trading Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| NZG SPECIALTIES, INC. d/b/a GOURMET TRADING COMPANY,[1]<br><br>Plaintiff,<br><br>- against -<br><br>NEW WATER CO., and MARLON ABARCA,<br><br>Defendants. | NO.: EDCV 21-1933-GW-SPx<br><br>**FINAL JUDGMENT** |

UPON CONSIDERATION of Plaintiff NZG Specialties, Inc. d/b/a Gourmet Company's Motion for Entry of Default Judgment, the memorandum in support, the declarations of Plaintiff's representative and Plaintiff's attorneys and the exhibits annexed thereto, and Plaintiff's Complaint demonstrating that: Plaintiff and Defendant New Water Co. ("New Water") are licensed dealers under the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. § 499a *et seq*.; Plaintiff sold wholesale

---

[1] The trade name of Plaintiff was initially listed incorrectly as "Gourmet Trading, Inc." Plaintiff's correct trade name is Gourmet Trading Company.

quantities of produce to New Water for which it has not been paid; Defendant Marlon Abarca is and was the owner, officer, and/or director of New Water; Plaintiff's invoices included the language required by 7 U.S.C. § 499e(c)(4) to preserve its rights under the trust provision of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. § 499e(c)(2); Plaintiff's invoices entitle it to interest at the rate of 18% per annum and attorneys' fees and costs in the event of non-payment; and finding that interest, attorneys' fees, and costs are "sums owing in connection with" the produce sales; and it further appearing that Defendants failed to plead or otherwise appear in this action; and that Defendants are not infants, incompetent persons, or in the military service of the United States, IT IS HEREBY

**ORDERED, ADJUDGED AND DECREED** that default judgment is hereby entered in favor of NZG Specialties, Inc. d/b/a Gourmet Trading Company, and against New Water Co. and Marlon Abarca, jointly and severally, pursuant to the trust provision of the Perishable Agricultural Commodities Act, 7 U.S.C. § 499e(c), in the total amount of $57,662.99, which includes the principal amount of $43,759.00, interest owed on that debt through January 26, 2022, in the amount of $9,558.80, attorneys' fees through December 31, 2021, in the amount of $3,732.31, and costs in the amount of $612.48.

IT IS SO ORDERED.

Dated this 17th day of February 2022.

*George H. Wu*

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE